# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DIANE SALAZAR, | CASE NO. 18cv2387-LAB (BGS) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT DISMISSAL** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Diane Salazar and Defendant Hartford Life and Accident Insurance Company jointly move to dismiss this entire action with prejudice. Dkt. 10. That motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: March 5, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -